# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-2650
L.T. Case No. 2019-DR-038733

_____

VICTORINO A. CASTILLO,

    Appellant,

    v.

MERCEDES D. CASTILLO,

    Appellee.

_____

On appeal from the Circuit Court for Brevard County, Jennifer Opel Taylor, Judge.

Victorino A. Castillo, Melbourne, pro se.

No Appearance for Appellee.

April 23, 2024

PER CURIAM.

    AFFIRMED. *See* Fla. R. App. P. 9.315(a).

JAY, KILBANE, and PRATT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____